**STATE of Missouri, Respondent,**

v.

**Charles E. PRUITT, Appellant.**

**No. WD 38324.**

Missouri Court of Appeals,
Western District.

Dec. 30, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied
March 17, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
MANFORD and BERREY, JJ.

**ORDER**

PER CURIAM:

Direct appeal from a jury conviction for possession and concealment of a knife upon

his person within a correctional facility, in violation of § 217.360, RSMo 1978.

Judgment affirmed.   Rule 30.25(b).